

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2019

No. 04-19-00736-CV

Robyn Lynn **SHALIT**
Appellant/ Cross-Appellee,

v.

Michael Lawrence **SHALIT**,
Appellee/ Cross-Appellant,

451st Judicial District Court, Kendall County, Texas
Trial Court No. 11-177
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record was due on November 18, 2019, but has not been filed. On December 3, 2019, court reporter Tami L. Wolff filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because: (1) appellant has failed to request the record, and (2) appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1).

It is further **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

The reporter's record must be filed no later than ten (10) days after the date appellant's written proofs are filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date the clerk's record is filed, and

the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c).

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2019.

MICHAEL A. CRUZ,
Clerk of Court